# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMONTA DEJON MALLORY

NO. 2019 KW 1449

⎯JAN 0 6 2020

In Re:    State Of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 10-12-1065.

BEFORE:    **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.**

            **VGW**
            **JMG**
            **WJB**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.